UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      CRIMINAL NO. 3:23-cr-00193(SRU)

vs.

JILL MULLIGAN      December 12, 2023

## MOTION FOR PERMISSION TO APPLY TO SUPPORT COURT

Ms. Jill Mulligan respectfully moves the Court to grant her permission to apply to the New Haven Support Court program on a pretrial basis. In support of this motion, Ms. Mulligan states the following:

1. On May 5, 2023, Ms. Mulligan presented before the Honorable United States Magistrate Robert M. Spector for a bond hearing in connection with her arrest charging her with Conspiracy to Distribute, and to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A). At the hearing, Ms. Mulligan executed a $100,000 unsecured, surety bond, cosigned by her adoptive mother, Sharon Mulligan. She was released to reside with her mother until undersigned counsel secured admission to an inpatient treatment facility.

2. On May 7, 2023, Ms. Mulligan was screened and accepted for inpatient treatment at the Connecticut Valley Hospital (CVH) Merritt Hall Program,[1] with an admission date of May 24, 2023.

---

[1] Medically Monitored Intensive Inpatient Services. ASAM (American Society of Addiction Medicine) Criteria. This level of care is appropriate for individuals with substance use disorders whose primary problems involve acute

3. Ms. Mulligan is 43 years old. She has a history of substance use disorders. She reports at the age of 16, she began smoking marijuana and her use continued up until her arrest for the instant offense. At the age of 16, she began intermittent use of hallucinogens. At the age of 20, she began snorting cocaine and her use continued up until her arrest for the instant offense. She began using methamphetamine at the age of 32, which she also continued using two grams daily up until her arrest for the instant offense.

4. ███████████████████████████████████████████████████████████████████████████████████████████████

5. At CVH, the clinical team diagnosed her with the following diagnoses: Cannabis Use Disorder; Sedative, Hypnotic or Anxiolytic Disorder; Amphetamine Use Disorder; Cocaine Use Disorder; and, Nicotine Use Disorder.

6. Ms. Mulligan completed several treatment modalities to include individual counseling, support groups and received medication management. She was fully compliant and successfully completed the Merritt Hall program on July 26, 2023 and discharged to the APT Foundation, a 3.5 level facility,[2] for continued residential treatment. ███████████████████

---

intoxication and/or with withdrawal, biomedical conditions, emotional, behavioral, cognitive conditions, readiness to change, relapse, or recovery environment concerns.

[2] Clinically Managed Residential Program. ASAM (American Society of Addiction Medicine) Criteria. Services are directed by non-physician addiction specialists rather than medical personnel. This level of care is appropriate for individuals with substance use disorders whose primary problems involve emotional, behavioral, cognitive, readiness to change, relapse, or recovery environment concerns.

███████████████████████████████

██████████████████████████  During her treatment at APT Foundation, according to her clinician, she attended approximately 20 hours of group and one hour of individual counseling sessions with her clinician weekly to address her substance use disorder, mental health, and her sobriety. On October 24, 2023, Ms. Mulligan successfully completed the program.

7. Since her arrest in the instant offense, Ms. Mulligan has made serious efforts to address her substance use and mental health disorder, as detailed above, and has exhibited positive changes to address her triggers. She took the initiative to seek continued support at a sober house. Upon discharge from APT Foundation, she transitioned to Community of Hope, a faith-based sober house located in Groton, CT. She is currently engaged in an Intensive Outpatient Program at Care Plus, affiliated with Natchaug Hospital, with one-on-one counseling, and has secured services with Advanced Behavioral Health for basic needs and other resources.

8. On November 1, 2023, she waived indictment and pled guilty to one count for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C).

9. Ms. Mulligan is seeking additional support to maintain her sobriety with the opportunity to participate in the New Haven Support Court.

10. Support Court originally began in this District as a program for post-conviction people who had a substance use disorder and who were serving terms of supervised release or probation. In 2012, the Board of Judges approved the expansion of Support Court to include pretrial programs.

11. Ms. Mulligan has observed two sessions at the New Haven Support Court and has discussed the program requirements with undersigned counsel, her assigned United States Probation Officers, and the Federal Defender Mitigation Specialist, who is a member of the New Haven Support

Court team.

12. Support Court can help supervise her efforts to maintain her sobriety, provide her continued support, monitor her progress through random urinalysis, and maintain close contact with her through her weekly court participation in Support Court. During the first two phases of Support Court, participation is weekly – these phases take approximately five months to complete, then participation is every two weeks, and finally once a month. Typically, probation officers have two contacts per week with the participant, in addition to participation in Support Court. Moreover, Support Court explicitly covers issues related to maintaining sobriety, employment searching, interviewing techniques, and, how to address issues related to criminal history.

13. The purpose of this motion is to ask for this Court's permission merely to <u>apply</u> to Support Court. The granting of this Court's permission will not guarantee Ms. Mulligan's admission to the program. Ms. Mulligan will have to submit a separate application to the Support Court team, which will then review and consider the application, and then determine whether Ms. Mulligan is a viable candidate for Support Court.

14. The undersigned has contacted Assistant United States Attorney Reed Durham of the filing of this motion, who indicates that the Government takes no position at this time. The undersigned has also contacted USPO Monika Lindo, who indicated she has no objection to the relief requested in this motion.

Respectfully submitted,

THE DEFENDANT,
Jill Mulligan

OFFICE OF THE FEDERAL DEFENDER

Date: December 12, 2023

<u>/s/ Kelly M. Barrett</u>
Kelly M. Barrett
First Assistant Federal Defender
265 Church Street; Suite 702
New Haven, CT 06510
Tel: (203) 498-4200
Bar No: ct27410
Email: <u>kelly_barrett@fd.org</u>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2023, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Kelly M. Barrett</u>
Kelly M. Barrett