UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                           CRIMINAL NO. 3:23CR193(SRU)

JILL MULLIGAN                                 December 12, 2023

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE
RE: LOCATION MONITORING**

Jill Mulligan, through counsel, respectfully moves the Court to modify the conditions of release to allow her to be free of GPS location monitoring and curfew. In support of this request, the undersigned states:

1. On May 5, 2023, Ms. Mulligan was charged via criminal complaint with one count of Possession with Intent to Distribute/Distribution of Controlled Substances; 50 grams of more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

2. On May 5, 2023, the Court ordered her released on bond to the custody of her mother's home after executing a $100,000 surety appearance bond which was cosigned by her mother, Sharon Mulligan.

3. Ms. Mulligan has a history of substance abuse issues, as documented in the Pretrial Services Report dated May 5, 2023.

4. On May 18, 2023, Ms. Mulligan sought permission to modify her conditions of release to commence residential treatment at CVH Merritt Hall, which the Court granted. In July 2023, the Court granted permission for Ms. Mulligan to transfer from CVH to APT Foundation following her successful discharge on July 24, 2023. Ms. Mulligan transferred to the APT Foundation where she successfully completed her therapeutic program in October 2023.

5. After successfully discharging from the APT Foundation in October 2023, she transferred to a sober living facility, with the Court's permission. As part of the transition from an inpatient facility to a sober house, she requested, and the Court granted, her request to place her on electronic monitoring and a curfew. Doc. # 26.

6. Since her release on bond, Ms. Mulligan has been compliant with all conditions of release. She has observed Support Court twice as well and plans to apply for admission to that program.

7. Ms. Mulligan respectfully requests that the Court modify the conditions of her release by removing the electronic monitoring and curfew conditions, while keeping all other conditions, including her residence at and compliance with the rules of the sober house, the same.

8. Undersigned counsel has consulted with USPO Monika Lindo, who does not object to the relief requested in this motion. Undersigned counsel has also consulted with AUSA Reed Durham, who stated that the government does not object to the relief requested in this motion.

Respectfully submitted,

THE DEFENDANT,
Jill Mulligan

OFFICE OF THE FEDERAL DEFENDER

Dated: December 12, 2023

*/s/ Kelly M. Barrett*
Kelly M. Barrett
First Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Bar No. ct27410
Phone: 203-498-4200
Fax: 203-498-4207
Email: Kelly_barrett@fd.org

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 12, 2023, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                        */s/ Kelly M. Barrett*
                                                        Kelly M. Barrett